**No. 59623.**—Louis Brimberg, Inc *v.* United States, protest 885548–G (New York).

Opinion by WILSON, J. An examination of the papers in the case did not disclose anything which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was, therefore, overruled.

**No. 59624.**—Morris Fisheries, Inc. *v.* United States, protest 247198–K (New York).

Opinion by WILSON, J. An examination of the papers in the case did not disclose anything which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was, therefore, overruled.